FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 31 2008

CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>Bruggeman, James Allen<br><br>                Defendant. | Case No.: CR 04-15 VBF<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CD CA__, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __def's conduct in failing to comply w/ instructions of probation officer; backyrd community__

ties unknown; bail resources unknown; probation violation history; recent substance abuse history; and/or use of multiple personal identifiers

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on def's conduct in committing new offenses while under supervision; extensive criminal history record;

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 7/31/08

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

Page 2 of 2